IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEI WANG and JOHN LINDSTROM, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TD AMERITRADE, INC., and TD AMERITRADE FUTURES & FOREX, LLC dba THINKORSWIM<br><br>    Defendants. | Case No. 1:20-cv-04028<br><br>Hon. Virginia M. Kendall |

**DECLARATION OF MICHAEL J. LOHNES IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

I, Michael J. Lohnes, declare as follows:

1. I am an attorney licensed by the State of Illinois and admitted to practice before this Court. I am counsel of record for defendants TD Ameritrade, Inc. ("TDA") and TD Ameritrade Futures & Forex, LLC ("TDAFF") dba thinkorswim ("TOS") (collectively, "Defendants") in the above-captioned case, and have personal knowledge of the facts set forth herein.

2. A true and correct copy of the article referenced in Defendants' Motion to Dismiss Plaintiff's Amended Complaint ("Motion," filed contemporaneously herewith) at 4 n.6 (*CME Group All Products – Codes and Slate*, https://www.cmegroup.com/trading/products/#pageNumber=1&sortAsc=false&sortField=oi&exch=NYMEX) is attached as Exhibit A.

3. A true and correct copy of the article referenced in Defendants' Motion at 5 n.7 (*Cash Settlement* and *Physical Delivery*, CFTC Glossary,

https://www.cftc.gov/LearnAndProtect/EducationCenter/CFTCGlossary/glossary_c.html) is attached as Exhibit B.

4. A true and correct copy of the article referenced in Defendants' Motion at 6 n.8 (CME Group, *Normal Daily Settlement: NYMEX E-mini Crude Oil Futures*, https://www.cmegroup.com/confluence/display/EPICSANDBOX/NYMEX+Crude+Oil) is attached as Exhibit C.

5. True and correct copies of the articles referenced in Defendants' Motion at 6 n.9 (CME Globex and Market Data Customer Notice No. 20200403, *Changes to Price and Strike Price Eligibility Flags for Certain Energy Products*, https://www.cmegroup.com/notices/electronic-trading/2020/04/20200403.html#pageNumber=1; CME Group Advisory Notice No. 20-152, *CME Clearing Plan to Address the Potential of a Negative Underlying in Certain Energy Options Contracts*, https://www.cmegroup.com/content/dam/cmegroup/notices/clearing/2020/04/Chadv20-152.pdf; and CME Group Advisory Notice No. 20-160, *Testing Opportunities in CME's "New Release" Environment for Negative Prices and Strikes for Certain NYMEX Energy Contracts*, https://www.cmegroup.com/content/dam/cmegroup/notices/clearing/2020/04/Chadv20-160.pdf) are attached as Exhibit D.

6. A true and correct copy of the article referenced in Defendants' Motion at 6 n.10 (Sai Balasubramanian, *Coronavirus & Volatility In The Oil Markets: An Endless Cycle*, https://www.forbes.com/sites/saibala/2020/06/24/coronavirus--volatility-in-the-oil-markets-an-endless-cycle/#6eeb026a4b7a) is attached as Exhibit E.

7. True and correct copies of the articles referenced in Defendants' Motion at 6 n.12 (Jillian Ambrose, *Oil prices dip below zero as producers forced to pay to dispose of excess*,

https://www.theguardian.com/world/2020/apr/20/oil-prices-sink-to-20-year-low-as-un-sounds-alarm-on-to-covid-19-relief-fund; and *Oil Prices: Looking Beyond the Headlines*, SEI, https://seic.com/knowledge-center/oil-prices-looking-beyond-headlines) are attached as Exhibit F.

       8.    True and correct copies of the articles referenced in Defendants' Motion at 15 n.18 (Jonathan Garber, *Oil prices could fall below zero: Analyst*, https://finance.yahoo.com/news/oil-prices-could-fall-below-152446634.html; John Stepek, *Oil prices have collapsed—and some argue that they could even turn negative*, https://moneyweek.com/investments/commodities/energy/oil/601069/oil-prices-have-collapsed-and-some-argue-that-they-could; and Bob Cronin, *As Storage Space Runs Out, Oil Prices Could Go Negative,* https://www.newser.com/story/288972/as-storage-space-runs-out-oil-prices-could-go-negative.html) are attached as Exhibit G.

                                                                        /s/ Michael J. Lohnes
                                                                        Michael J. Lohnes