# EXHIBIT B

# CFTC Glossary

**A Guide to the Language of the Futures Industry**

A   B   C   Co   D   E   F   G   H   IJK   L   M   N   O   P   QR   S   T   UV   WXYZ

# C

**C & F:** "Cost and Freight" paid to a point of destination and included in the price quoted; same as **C.A.F.**

**Calendar Spread:** (1) The purchase of one delivery month of a given futures contract and simultaneous sale of a different delivery month of the same futures contract; (2) the purchase of a put or call option and the simultaneous sale of the same type of option with typically the same strike price but a different expiration date. Also called a **horizontal spread** or **time spread**.

**Call:** (1) An option contract that gives the buyer the right but not the obligation to purchase a commodity or other asset or to enter into a long futures position at a specified price on or prior to a specified expiration date; (2) formerly, a period at the opening and the close of some futures markets in which the price for each futures contract was established by auction; or (3) the requirement that a financial instrument such as a bond be returned to the issuer prior to maturity, with principal and accrued interest paid off upon return. See Buyer's Call, Seller's Call.

**Call Around Market**: A market, commonly used for options on futures on European exchanges, in which brokers contact each other outside of the exchange trading facility to arrange block trades.

**Call Cotton:** Cotton bought or sold on call. See Buyer's Call, Seller's Call.

**Called:** Another term for exercised when an option is a call. In the case of an option on a physical, the writer of a call must deliver the indicated underlying commodity when the option is exercised or called. In the case of an option on a futures contract, a futures position will be created that will require margin, unless the writer of the call has an offsetting position.

**Call Rule:** An exchange regulation under which an official bid price for a cash commodity is competitively established at the close of each day's trading. It holds until the next opening of the exchange.

**Cap and Trade:** A market based pollution control system in which total emissions of a pollutant are capped at a specified level. Allowances are issued to firms and can be bought and sold on an organized market or OTC.

**Capping:** Effecting transactions in an instrument underlying an option shortly before the option's expiration date to depress or prevent a rise in the price of the instrument so that previously written call options will expire worthless, thus protecting premiums previously received. See Pegging.

**Carrying Broker:** An exchange member firm, usually a futures commission merchant, through whom another broker or customer elects to clear all or part of its trades.

**Carrying Charges:** Also called **Cost of Carry**. Cost of storing a physical commodity or holding a financial instrument over a period of time. These charges include insurance, storage, and interest on the deposited funds, as well as other incidental costs. It is a carrying charge market when there are higher futures prices for each successive contract maturity. If the carrying charge is adequate to reimburse the holder, it is called a "full charge." See Negative Carry, Positive Carry, and Contango.

**Carry Trade:** A trade where one borrows a currency or commoidity commodity or currency with a low cost of carry and lends a similar instrument with a high cost of carry in order to profit from the differential.

**Cascade:**  A situation in which the execution of market orders or stop loss orders on an electronic trading system triggers other stop loss orders which may, in turn, trigger still more stop loss orders. This may lead to a very large price move if there are no safety mechanisms to prevent cascading.

**Cash Commodity:** The physical or actual commodity as distinguished from the futures contract, sometimes called spot commodity or actuals.

**Cash Forward Sale:** See Forward Contract.

**Cash Market:** The market for the cash commodity (as contrasted to a futures contract) taking the form of: (1) an organized, self-regulated central market (e.g., a commodity exchange); (2) a decentralized over-the-counter market; or (3) a local organization, such as a grain elevator or meat processor, which provides a market for a small region.

**Cash Price:** The price in the marketplace for actual cash or spot commodities to be delivered via customary market channels.

**Cash Settlement:** A method of settling futures  options  and other derivatives whereby the seller (or short) pays the buyer (or long) the cash value of the underlying commodity or a cash amount based on the level of an index or price according to a procedure specified in the contract.  Also called Financial Settlement. Compare to Physical Delivery.

**CCC:** See Commodity Credit Corporation.

**CD:** See Certificate of Deposit.

**CEA:** Commodity Exchange Act or Commodity Exchange Authority.

**Centralized Counterparty (CCP):** A clearing organization.

**Certificate of Deposit (CD)**: A time deposit with a specific maturity traditionally evidenced by a certificate. Large denomination CDs are typically negotiable.

**CFTC:** See Commodity Futures Trading Commission.

**CFTC Form 40:** The form used by large traders to report their futures and option positions and the purposes of those positions.

**CFO:** Cancel Former Order.

**Certificated or Certified Stocks:** Stocks of a commodity that have been inspected and found to be of a quality deliverable against futures contracts, stored at the delivery points designated as regular or acceptable for delivery by an exchange. In grain, called "stocks in deliverable position." See Deliverable Stocks.

**Changer:** Formerly, a clearing member of both the Mid-America Commodity Exchange (MidAm) and another futures exchange who, for a fee, would assume the opposite side of a transaction on MidAm by taking a spread position between MidAm and the other futures exchange that traded an identical, but larger, contract. Through this service, the changer provided liquidity for MidAm and an economical mechanism for arbitrage between the two markets. MidAm was a subsidiary of the Chicago Board of Trade (CBOT). MidAm was closed by the CBOT in 2003 after MidAm contracts were delisted on MidAm and relisted on the CBOT as Mini contracts. The CBOT continued to use changers for former MidAm contracts traded on an open outcry platform.

**Charting:** The use of graphs and charts in the technical analysis of futures markets to plot trends of price movements, average movements of price, volume of trading, and open interest.

**Chartist:** Technical trader who reacts to signals derived from graphs of price movements.

**Cheapest-to-Deliver:** Usually refers to the selection of a class of bonds or notes deliverable against an expiring bond or note futures contract. The bond or note that has the highest implied repo rate is considered cheapest to deliver.

**Chooser Option:** An exotic option that is transacted in the present, but that at some specified future date is chosen to be either a put or a call option.

**Churning:** Excessive trading of a discretionary account by a person with control over the account for the purpose of generating commissions while disregarding the interests of the customer.

**Circuit Breakers:** A system of coordinated trading halts and/or price limits on equity markets and equity derivative markets designed to provide a cooling-off period during large, intraday market declines. The first known use of the term circuit breaker in this context was in the Report of the Presidential Task Force on Market Mechanisms (January 1988), which recommended that circuit breakers be adopted following the market break of October 1987.

**C.I.F:** Cost, insurance, and freight paid to a point of destination and included in the price quoted.

**Class (of options):** Options of the same type (i.e., either puts or calls, but not both) covering the same underlying futures contract or other asset (e.g., a March call with a strike price of 62 and a May call with a strike price of 58).

**Clearing:** The procedure through which the clearing organization becomes the buyer to each seller of a futures contract or other derivative, and the seller to each buyer for clearing members.

**Clearing Association**: See Clearing Organization.

**Clearing House:** See Clearing Organization.

**Clearing Member:** A member of a clearing organization. All trades of a non-clearing member must be processed and eventually settled through a clearing member.

**Clearing Organization:** An entity through which futures and other derivative transactions are cleared and settled. It is also charged with assuring the proper conduct of each contract's delivery procedures and the adequate financing of trading. A clearing organization may be a division of a particular exchange, an adjunct or affiliate thereof, or a freestanding entity. Also called a clearing house, multilateral clearing organization, centralized counterparty, or clearing association. See Derivatives Clearing Organization.

**Clearing Price:** See Settlement Price.

**Close:** The exchange-designated period at the end of the trading session during which all transactions are considered made "at the close." See Call.

**Closing-Out:** Liquidating an existing long or short futures or option position with an equal and opposite transaction. Also known as Offset.

**Closing Price (or Range):** The price (or price range) recorded during trading that takes place in the final period of a trading session's activity that is officially designated as the "close."

/

# CFTC Glossary

**A Guide to the Language of the Futures Industry**

A  B  C  Co  D  E  F  G  H  IJK  L  M  N  O  P  QR  S  T  UV  WXYZ

## P

**P&S (Purchase and Sale Statement):** A statement sent by a futures commission merchant to a customer when any part of a futures position is offset, showing the number of contracts involved, the prices at which the contracts were bought or sold, the gross profit or loss, the commission charges, the net profit or loss on the transactions, and the balance. FCMs also send P&S Statements whenever any other event occurs that alters the account balance including when the customer deposits or withdraws margin and when the FCM places excess margin in interest bearing instruments for the customer's benefit.

**Paper Profit or Loss:** The profit or loss that would be realized if open contracts were liquidated as of a certain time or at a certain price.

**Par:** (1) Refers to the standard delivery point(s) and/or quality of a commodity that is deliverable on a futures contract at contract price. Serves as a benchmark upon which to base discounts or premiums for varying quality and delivery locations; (2) in bond markets, an index (usually 100) representing the face value of a bond.

**Path Dependent Option:** An option whose valuation and payoff depends on the realized price path of the underlying asset, such as an Asian option or a Lookback option.

**Pay/Collect:** A shorthand method of referring to the payment of a loss (pay) and receipt of a gain (collect) by a clearing member to or from a clearing organization that occurs after a futures position has been marked-to-market. See Variation Margin.

**Pegged Price:** The price at which a commodity has been fixed by agreement.

**Pegging:** Effecting transactions in an instrument underlying an option to prevent a decline in the price of the instrument shortly prior to the option's expiration date so that previously written put options will expire worthless, thus protecting premiums previously received. See Capping.

**Performance Bond:** See Margin.

**Physical** : A contract or derivative that provides for the physical delivery of a commodity rather than cash settlement. See Financial.

**Physical Commodity**: A tangible commodity rather than a financial commodity, typically an agricultural commodity, energy commodity or a metal.

**Physical Delivery**: A provision in a futures contract or other derivative for delivery of the actual commodity to satisfy the contract. Compare to cash settlement.

**Pip:** The smallest price unit of a commodity or currency.

**Pit:** A specially constructed area on the trading floor of some exchanges where trading in a futures contract or option is conducted. On other exchanges, the term ring designates the trading area for commodity contract.

**Pit Brokers:** See Floor Broker.

**Point-and-Figure:** A method of charting that uses prices to form patterns of movement without regard to time. It defines a price trend as a continued movement in one direction until a reversal of a predetermined criterion is met.

**Point Balance:** A statement prepared by futures commission merchants to show profit or loss on all open contracts using an official closing or settlement price, usually at calendar month end.

**Ponzi Scheme**: Named after Charles Ponzi, a man with a remarkable criminal career in the early 20th century, the term has been used to describe pyramid arrangements whereby an enterprise makes payments to investors from the proceeds of a later investment rather than from profits of the underlying business venture, as the investors expected, and gives investors the impression that a legitimate profit-making business or investment opportunity exists, where in fact it is a mere fiction.

**Pork Bellies:** One of the major cuts of the hog carcass that, when cured, becomes bacon.

**Portfolio Insurance:** A trading strategy that uses stock index futures and/or stock index options to protect stock portfolios against market declines.

**Portfolio Margining:** A method for setting margin requirements that evaluates positions as a group or portfolio and takes into account the potential for losses on some positions to be offset by gains on others. Specifically, the margin requirement for a portfolio is typically set equal to an estimate of the largest possible decline in the net value of the portfolio that could occur under assumed changes in market conditions. Sometimes referred to as **risked-based margining**. Also see Strategy-Based Margining.

**Position:** An interest in the market, either long or short, in the form of one or more open contracts.

**Position Accountability:** A rule adopted by an exchange requiring persons holding a certain number of outstanding contracts to report the nature of the position, trading strategy, and hedging information of the position to the exchange, upon request of the exchange. See Speculative Position Limit.

**Position Limit:** See Speculative Position Limit.

**Position Trader:** A commodity trader who either buys or sells contracts and holds them for an extended period of time, as distinguished from a day trader, who will normally initiate and offset a futures position within a single trading session.

**Positive Carry:** The cost of financing a financial instrument (the short-term rate of interest), where the cost is less than the current return of the financial instrument. See Carrying Charges and Negative Carry.

**Posted Price:** An announced or advertised price indicating what a firm will pay for a commodity or the price at which the firm will sell it.

**Prearranged Trading:** Trading between brokers in accordance with an expressed or implied agreement or understanding, which is a violation of the Commodity Exchange Act and CFTC regulations.

**Premium:** (1) The payment an option buyer makes to the option writer for granting an option contract; (2) the amount a price would be increased to purchase a better quality commodity; (3) refers to a futures delivery month selling at a higher price than another, as "July is at a premium over May."

**Price Banding:** A CME Group and ICE-instituted mechanism to ensure a fair and orderly market on an electronic trading platform. This mechanism subjects all incoming orders to price verification and rejects all orders with clearly erroneous prices. Price bands are monitored throughout the day and adjusted if necessary.

**Price Basing:** A situation where producers, processors, merchants, or consumers of a commodity establish commercial transaction prices based on the futures prices for that or a related commodity (e.g., an offer to sell corn at 5 cents over the December futures price).

**Price Discovery:** The process of determining the price level for a commodity through the interaction of buyers and sellers and based on supply and demand conditions.

**Price Movement Limit:** See Limit (Up or Down).

**Primary Market:** (1) For producers, their major purchaser of commodities; (2) to processors, the market that is the major supplier of their commodity needs; and (3) in commercial marketing channels, an important center at which spot commodities are concentrated for shipment to terminal markets.

**Producer (AP):** A large trader that declares itself a "Producer" on CFTC Form 40, which provides as examples, "farmer" and "miner." A firm that extracts crude oil or natural gas from the ground would also be considered a Producer.

**Program Trading:** The purchase (or sale) of a large number of stocks contained in or comprising a portfolio. Originally called program trading when index funds and other institutional investors began to embark on large-scale buying or selling campaigns or "programs" to invest in a manner that replicates a target stock index, the term now also commonly includes computer-aided stock market buying or selling programs, and index arbitrage.

**Prompt Date:** The date on which the buyer of an option will buy or sell the underlying commodity (or futures contract) if the option is exercised.

**Prop Shop:** A proprietary trading group, especially one where the group's traders trade electronically at a physical facility operated by the group.

**Proprietary Account:** An account that a futures commission merchant carries for itself or a closely related person, such as a parent, subsidiary or affiliate company, general partner, director, associated person, or an owner of 10 percent or more of the capital stock. The FCM must segregate customer funds from funds related to proprietary accounts.

**Proprietary Trading Group**: An organization whose owners, employees, and/or contractors trades in the name of accounts owned by the group and exclusively use the funds of the group for all of their trading activity.

**Public:** In trade parlance, non-professional speculators as distinguished from hedgers and professional speculators or traders.

**Public Elevators:** Grain elevators in which bulk storage of grain is provided to the public for a fee. Grain of the same grade but owned by different persons is usually mixed or commingled as opposed to storing it "identity preserved." Some elevators are approved by exchanges as regular for delivery on futures contracts, see Regular Warehouse.

**Purchase and Sale Statement:** See P&S.

**Put:** An option contract that gives the holder the right but not the obligation to sell a specified quantity of a particular commodity, security, or other asset or to enter into a short futures position at a given price (the "strike price") prior to or on or prior to a specified expiration date.

**Pyramiding:** The use of profits on existing positions as margin to increase the size of the position, normally in successively smaller increments.

Case: 1:20-cv-04028 Document #: 26-2 Filed: 10/02/20 Page 5 of 5 PageID #:232

/