# EXHIBIT D

# Changes to Price and Strike Price Eligibility Flags for Certain Energy Products

| | |
|---|---|
| **To** | CME Globex and Market Data Customers |
| **From** | Global Market Solutions and Services |
| **#** | 20200403 |
| **Notice Date** | 03 April 2020 |
| **Effective Date** | 05 April 2020 |

This **Sunday, April 5** (trade date Monday, April 6), as an operational step toward potentially supporting negative pricing and strikes, the MDP 3 Security Definition (tag 35-MsgType=**d**) for **these Energy outright futures and options** on CME Globex will be flagged as eligible to trade at negative prices. The options on futures will also be flagged as negative strike price eligible.

Trading at negative prices for these outright markets will not be supported at this time. Negative strike prices will not be listed.

Negative order prices will be rejected with **Execution Report (tag 35-MsgType=8)** message:

> Reject code **tag 103-OrdRejReason = 1012**
>
> Tag 58-Text=<'Price must be greater than zero'>

Any changes will be published in future CME Globex Notices.

Negative trade price instruments, and negative strike price eligible instruments, are identified in the **MDP 3.0 Security Definition** (tag 35-MsgType=**d**), in repeating group tag 871-InstAttribType:

> tag 872-InstAttribValue= **9: Negative Strike Eligible**
>
> tag 872-InstAttribValue=**10: Negative Price Eligible**
>
> tag 872-InstAttribValue= **14: Zero Price Eligible**



TO:     Clearing Member Firms
          Chief Financial Officers
          Back Office Managers

FROM: CME Clearing

ADVISORY #: 20-152

SUBJECT: CME Clearing Plan to Address the Potential of a Negative Underlying in Certain Energy Options Contracts

DATE: April 8th, 2020

---

The purpose of this advisory is to assure CME clearing firms and end clients that if major energy prices continue to fall towards zero in the coming months, CME Clearing has a tested plan to support the possibility of a negative options underlying and enable markets to continue to function normally. That plan is as follows:

- If WTI Crude Oil futures prices settle, in any month, to a price between $8.00/bbl and $11.00/bbl, CME Clearing MAY switch its pricing and margining options models from the existing models to the Bachelier model, currently utilized in numerous spread options products where negative underlying prices and strike levels are a regular occurrence. If any WTI Crude Oil futures prices settle, in any month, to a level below $8.00/bbl, CME Clearing WILL move to the Bachelier model for all WTI Crude oil options contracts as well as all related crude oil options contracts effective the following trade date. CME Clearing will send out an advisory notice with one day notice before any implementation occurs with all appropriate details.

- Similarly, if RBOB Gasoline futures prices settle, in any month, to a price between $0.20/gal and $0.30/gal, CME Clearing MAY switch its pricing and margining options models from the existing models to the Bachelier model. If any RBOB Gasoline futures price settle, in any month, to a level below $0.20/gal, CME Clearing WILL move to the Bachelier model for all RBOB Gasoline options contracts as well as all related gasoline options contracts effective the following trade date. CME Clearing will send out an advisory notice with one day notice before any implementation occurs with all appropriate details.

- Similarly, if Heating Oil futures prices settle, in any month, to a price between $0.20/gal and $0.30/gal, CME Clearing MAY switch its pricing and margining options models from the existing models to the Bachelier model. If any Heating Oil futures price settle, in any

month, to a level below $0.20/gal, CME Clearing WILL move to the Bachelier model for all Heating Oil options contracts as well as all related heating oil options contracts effective the following trade date. CME Clearing will send out an advisory notice with one day notice before any implementation occurs with all appropriate details.

The primary goal of this advisory is to let the market know that CME Clearing is ready to handle the situation of negative underlying prices in major energy contracts and we want to give all of our clearing firms, customers, and partners a view into what the CME Clearing plan is so that each of our partners can do their own respective planning for this potential situation.

Negative strike prices will NOT be listed in any of these energy markets until this model change is made per the plan above and may not occur even if the modelling changes do happen.

Please note that all existing CME Clearing message and file formats already support, without modification, negative futures prices as well as negative strike prices. We will publish additional information shortly regarding the details of potentially affected products and sample files.

Should you have any questions, please contact CME Clearing Risk Management at Clearing.RiskManagement@cmegroup.com or 312-648-3888 or CME Clearing Pricing & Valuations at OTCPricing&ValuationsFnOTeam@cmegroup.com



| | |
|---|---|
| DATE: | April 15, 2020 |
| TO: | Clearing Member Firms |
| FROM: | CME Clearing |
| ADVISORY #: | **20-160** |

**SUBJECT:** Testing opportunities in CME's "New Release" environment for negative prices and strikes for certain NYMEX energy contracts

Recent market events have raised the possibility that certain NYMEX energy futures contracts could trade at negative or zero trade prices or be settled at negative or zero values, and that options on these futures contracts could be listed with negative or zero strike prices.

Were this to occur, all of CME's trading and clearing systems would continue to function normally. Support for zero or negative futures and/or strike prices is standard throughout CME systems. All file and message formats support such prices, and we have a variety of products which have long behaved in this manner, for example **NYMEX BY** (WTI-Brent Bullet) futures contracts and **NYMEX BV** options on those futures contracts.

Clearing Advisory 20-152 was published on April 8, 2020, and detailed the process, considerations and timing by which CME would transition from the Whaley option pricing model to the Bachelier option pricing model for margining and settlements for particular groups of products. It's at:
https://www.cmegroup.com/content/dam/cmegroup/notices/clearing/2020/04/Chadv20-152.pdf

Globex Advisory 20200403 was published on April 3, 2020 and details the changes to Price and Strike Price Eligibility flags associated with this possibility. It's at:
https://www.cmegroup.com/notices/electronic-trading/2020/04/20200403.html#pageNumber=1

Effective immediately, firms wishing to test such negative futures and/or strike prices in their systems may utilize CME's "New Release" testing environments, for products **CL** (crude oil futures) and **LO** (options on those futures.) "New Release" SPAN files and settlement price files already reflect such prices. In the New Release environment, orders may be submitted in CME Globex, block trades may be submitted through CME Clearport, and all normal trade and position processing may be performed in Clearing.

The full list of potentially affected products is provided on the following page.

For more information please contact CME Clearing at ccs@cmegroup.com or via phone at Chicago (312) 207 2525 | London (44) 203 379 3198 | Singapore (65) 6593 5591.

| Product | Clearing Code | Clearing Product Type | Globex Code | Group Code | Category | Benchmark |
|---|---|---|---|---|---|---|
| **Brent Crude Oil Last Day Financial Futures** | **BZ** | **FUT** | **BZ** | **OP** | **BZ** | **Y** |
| Brent Crude Oil Average Price Option | BA | OOF | BA | OT | BZ | N |
| Brent Crude Oil BALMO Futures | J9 | FUT | AJ9 | BB | BZ | N |
| Brent Crude Oil European Financial Option | BE | OOF | BE | OT | BZ | N |
| Brent Crude Oil Futures-Style Margin Option | BZO | OOF | BZO | PR | BZ | N |
| Brent Crude Oil Option | OS | OOF | OSX | OT | BZ | N |
| Brent Crude Oil Penultimate Financial Futures | BB | FUT | BB | BB | BZ | N |
| Brent Financial Futures | CY | FUT | CY | CC | BZ | N |
| Dated Brent (Platts) BALMO Futures | DBB | FUT | DBB | BB | BZ | N |
| Mini Brent Financial Futures | MBC | FUT | MBC | CC | BZ | N |
| **Light Sweet Crude Oil Futures** | **CL** | **FUT** | **CL** | **CL** | **CL** | **Y** |
| Argus WTI Formula Basis Calendar Month Futures | 39 | FUT | 39 | CC | CL | N |
| Argus WTI Trade Month Futures | V7 | FUT | V7 | CC | CL | N |
| Crude Oil Bullet Futures | WS | FUT | WS | WS | CL | N |
| Crude Oil Last Day Financial Futures | 26 | FUT | 26 | CC | CL | N |
| Crude Oil Weekly Options | LO1-LO5 | OOF | LO1-LO5 | LO | CL | N |
| Daily Crude Oil Option | CD | OOF | ICD | LO | CL | N |
| Daily WTI Financial Futures | DCL | FUT | DCL | CC | CL | N |
| E-mini Crude Oil Futures | QM | FUT | QM | CL | CL | N |
| Light Sweet Crude Oil European Financial Option | LC | OOF | LCE | LO | CL | N |
| Light Sweet Crude Oil Option | LO | OOF | LO | LO | CL | N |
| LLS (Argus) Financial Futures | XA | FUT | AXA | CC | CL | N |
| WTI BALMO Futures | 42 | FUT | A42 | CC | CL | N |
| WTI Financial Futures | CS | FUT | CSX | CC | CL | N |
| WTI Trade Month Futures | TCS | FUT | TCS | CC | CL | N |
| WTI Average Price Option | AO | OOF | AAO | LO | CS | N |
| **WTI Houston Crude Oil Option** | **HCO** | **OOF** | **HCO** | **H3** | **HCL** | **Y** |
| WTI Houston Crude Oil Futures | HCL | FUT | HCL | HC | HCL | N |
| **NY Harbor ULSD Option** | **OH** | **OOF** | **OH** | **OH** | **HO** | **Y** |
| E-mini NY Harbor ULSD Futures | QH | FUT | QH | CL | HO | N |
| NY Harbor ULSD Average Price Option | AT | OOF | ATX | EP | HO | N |
| NY Harbor ULSD BALMO Futures | 1G | FUT | A1G | RF | HO | N |
| NY Harbor ULSD Bullet Futures | BH | FUT | ABH | RF | HO | N |
| NY Harbor ULSD European Financial Option | LB | OOF | LB | EF | HO | N |
| NY Harbor ULSD Financial Futures | MP | FUT | MPX | PT | HO | N |
| NY Harbor ULSD Futures | HO | FUT | HO | CL | HO | N |
| NY Harbor ULSD Last Day Financial Futures | 23 | FUT | 23 | CP | HO | N |
| **DME Oman Crude Oil Futures** | **OQD** | **FUT** | **OQD** | **DE** | **OQD** | **Y** |
| DME Dubai Crude Oil (Platts) BALMO Futures | DDI | FUT | DDI | DE | OQD | N |
| DME Dubai Crude Oil (Platts) Futures | DCD | FUT | DCD | DE | OQD | N |
| Dubai Crude Oil (Platts) BALMO Futures | BI | FUT | ABI | BB | OQD | N |
| Dubai Crude Oil (Platts) Financial Futures | DC | FUT | DCB | BB | OQD | N |
| RBOB Gasoline Average Price Option | RA | OOF | RA | EF | RB | Y |
| E-mini RBOB Gasoline Futures | QU | FUT | QU | CL | RB | N |
| RBOB Gasoline BALMO Futures | 1D | FUT | A1D | RF | RB | N |
| RBOB Gasoline Bullet Futures | RT | FUT | RT | WS | RB | N |
| RBOB Gasoline European Financial Option | RF | OOF | ARF | EF | RB | N |
| RBOB Gasoline Financial Futures | RL | FUT | RLX | PT | RB | N |
| RBOB Gasoline Futures | RB | FUT | RB | CL | RB | N |
| RBOB Gasoline Last Day Financial Futures | 27 | FUT | 27 | CP | RB | N |
| RBOB Gasoline Option | OB | OOF | OB | OB | RB | N |