**EXHIBIT G**

HOME | MAIL | NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | MORE    Finance Premium | Try it free

yahoo/finance    Sign in    Mail

| S&P 500 | Dow 30 | Nasdaq | Russell 2000 | Crude Oil |
|---|---|---|---|---|
| 3,382.77 | 27,912.31 | 11,287.15 | 1,513.93 | 37.82 |
| +19.77 (+0.59%) | +130.61 (+0.47%) | +119.65 (+1.07%) | +6.24 (+0.41%) | -2.40 (-5.97%) |

U.S. markets close in 4 hours 31 minutes



Ad: 17s
Ad:



### Oil prices could fall below zero: Analyst

Jonathan Garber
March 18, 2020

Plunging oil prices could be headed a lot lower – possibly below zero, according to one Wall Street analyst.

West Texas Intermediate crude oil, the U.S. benchmark, fell by more than 10 percent Wednesday to near $24 a barrel, a level last seen in April 2002.

"Oil prices can go negative," wrote Paul Sankey, managing director at Mizuho Securities.

**CORONAVIRUS CHOKEHOLD ON US WORSENS OIL INDUSTRY'S PAIN**

The COVID-19 pandemic has brought the U.S. and global economy to a standstill by prompting "shelter in place" orders, social distancing between people and the cancellation of non-essential travel. The sharp slowdown in economic activity has curtailed the need for oil.

**TRENDING**

1. New layoffs from Wall Street to Main Street hurt thousands of Americans as Washington squabbles and delays financial relief
2. Carvana opens 26th car vending machine in the U.S., CEO weighs in
3. How this leather goods maker is empowering women in Ethiopia
4. These states are suffering from the worst unemployment rates
5. Facebook to reject ads that delegitimize election results

3,558    Add to Cart


10/1/2020  Case: 1:20-cv-04028 Document #: 26-7 Filed: 10/02/20 Page 3 of 18 PageID #:254  Oil prices could fall below zero: Analyst

fallout from the pandemic could zap demand, creating a 20 million barrel-per-day surplus.

He says the "physical reality" of the market is that oil is pumped out of the ground and has to be consumed or stored. When the cost of storage goes high enough -- or space runs out -- companies might pay customers to take it.

For now, President Trump has ordered the Department of Energy to take advantage of low prices by stepping into the market and buying oil for the Strategic Petroleum Reserve.

The reserve can build at 2 million barrels per day, meaning that it has four months until it's at capacity, Sankey said.

By then, he added, high-cost oil from the Bakken shale formation in the U.S. or bitumen from the Canadian oil sands, "prices negatively because it exceeds needs" and requires storage, Sankey wrote. "Negative prices are simply a higher cost of storage than market."

Sankey isn't the only one on Wall Street who is sounding the alarm about the coming flood of oil.

Excess supply from OPEC and Russia, coupled with crumbling demand "are leading to concerns about a surplus that could overwhelm global storage," wrote Francisco Blanch, a commodity strategist at Bank of America.

He warns the demand destruction caused by COVID-19 and the price war between Saudi Arabia and Russia could cause inventories to swell by 900 million barrels in the second quarter alone. He estimates the world currently has about 1.5 billion barrels of available storage.

Blanch's worst-case scenario isn't as dire as Sankey's.

**CLICK HERE TO READ MORE ON FOX BUSINESS**

"In a severe scenario, if the market struggles to find a home for surplus barrels, then oil prices might have to trade down into the teens," he wrote.

**Related Articles**

- Best Buy Celebrates 50 Yrs With Saleathon; Will It Turn 60?
- Canadian Solar Is Facing More Challenges Than It Appears
- Target Adds Private Bathrooms to Quell Transgender Debate

---

Our goal is to create a safe and engaging place for users to connect over interests and passions. In order to improve our community experience, we are temporarily suspending article commenting.

FIND DENTAL COVERAGE TODAY.  Smart plans. Powerful smiles.  DELTA DENTAL

---

**LATEST STORIES**

Barrons.com
**Exxon Offers Disappointing Preview of Earnings**
Rising oil prices are helping (XOM)'s production business, but the company is still likely to post a loss in that segment, based on numbers the company released on Thursday. All told, the numbers the company released raise the risk that it will miss analysts' estimates. Exxon (ticker: XOM) gave a preview of its earnings results as it has been doing every quarter, noting areas where it expects to see improvements or declines from the…

anything that made me feel that the banks, long-time punching bags of the Democratic party, didn't even merit a whisper. No wonder that group just ignited with Discover , the credit card company, and the one-time pinata, Goldman Sachs , leading the way.



**Ad • Stansberry Research**

**Man Who Predicted Rise of AMZN Has New Prediction**
He called bottom of stocks in '09, and recommended AMZN before it soared an extraordinary 1,800%. Now he has a surprising new prediction for 2020.



**Investor's Business Daily**

**New Ford CEO Makes Dramatic Changes In First Day On The Job**
The carmaker took the wraps off a major operational and management shake-up on its CEO's first day in the role.



**MoneyWise**

**10 times Suze Orman got it wrong, her critics say**
Experts say this advice from the personal finance personality ought to be ignored.



**MarketWatch**

**Trump has faced a decade-long tax audit — here's how long IRS audits usually take and who is more likely to get audited**
'You'll see it as soon as it's finished,' President Trump said of his tax returns during the first presidential debate.



**Ad • USA News Group**

**The Only Place To Put Your Money In Q4 2020**
The only Biotech companies anyone should look at, are companies with good potential for a buy-out, or major funding potential.



**Investor's Business Daily**

**AT&T Stock: Is It A Buy Right Now? Here's What Earnings, Charts Show**
Despite being one of the most recognizable wireless carriers in the U.S., AT&T stock has had a rough 2020. But the stock does have some perks. Is it a buy?

**Barrons.com**

**The Stock Market Had an Awful September. Here's What History Says Happens Next.**
The stock market is on pace for its worst month since March, though the quarter has been great. What that says about a possible October surprise.



**Yahoo Finance**

**Obamacare repeal would bring a huge tax cut for the rich, research shows**
New research highlights how Obamacare being overturned would bring a major tax cut for the richest Americans.

**Ad • Empire Financial Research**

**The Man Who Bought Amazon at $48 Says Buy TaaS Now**
Wall Street legend Whitney Tilson says there's a huge new tech trend coming – and he's revealing his #1 pick for free.

**Investopedia**

**Tesla (TSLA) Set to Report Third Quarter Metrics**
Tesla, Inc. (TSLA) CEO Elon Musk has been busy as a bee since last week's highly touted "Battery Day" fell flat, dropping the stock more than 10%.The electric vehicle (EV) manufacturer signed a sales agreement with Piedmont Lithium on Wednesday, just one day after a report that plans to mine the

**Trump's tax returns: 5 key takeaways from experts**
USA TODAY reached out to tax attorneys and legal experts to get their reaction to the New York Times report on Trump's taxes. Here's what they said.

TipRanks
**3 'Strong Buy' Stocks With Dividend Yields of 8% or Better**
What to make of the markets lately? Early September showed a sharp drop from peak values, but since the eighth of the month – for the past three weeks – volatility has ruled the day. All the major indexes have bouncing up and down without showing a clear trend. While increased volatility is almost certainly…

Ad • AutoInsurance.com
**Illinois Drivers Are Stunned By This New Rule**
Illinois drivers are surprised they never knew this new insurance tip. If you drive less than 50 miles a day, you better read this.

MarketWatch
**The Fed plans to keep interest rates low for years — here's how you should approach your savings strategy now**
Gone are the days of relying on strong returns for money market accounts and certificates of deposit.

Reuters
**Ford's new CEO Farley promises urgency at automaker, shakes up management**
Ford Motor Co's <F.N> new chief executive, Jim Farley, on Thursday promised the U.S. automaker would move with urgency, responding to investor and analyst criticism of the speed at which his predecessor acted. Farley, on his first day as Ford's 11th CEO, also announced an executive shake-up that included…

Investor's Business Daily
**Good News Is Coming For Apple And Microsoft Stock**
October is unfairly known for jinxes and crashes for the S&P 500. But shares of Microsoft and Apple show much of the fear is overblown.

Ad • Yahoo Mobile
**You pay how much for unlimited phone service?**
It's only $39.99 a month for unlimited data, text and talk on Yahoo Mobile. And it's all on Verizon's 4G LTE Network. Switch now.

U.S.News & World Report
**Estate Planning Tips to Keep Your Money in the Family**
If you're single and die in 2020, you can have up to $11.58 million in assets before your heirs have to worry about paying a penny in estate taxes. Knowing that, you might assume only the super wealthy need to worry about estate planning. "Estate taxes are only part of it," says Jeff Bush, president of Informed Family Financial Services in Norristown, Pennsylvania.

TipRanks
**3 Stocks on J.P. Morgan's Radar for Over 60% Upside**
In the final leg of 2020, does the market have what it takes to reach a record high? If you ask J.P. Morgan, the answer is yes.According to strategist Dubravko Lakos-Bujas, the S&P 500's earnings are bouncing back more quickly than expected thanks to the Federal Reserve's accommodative monetary policy, glob…

Yahoo Finance
**Palantir: How the stock is trading on its first day**
Palantir (PLTR) opened at $10 a share when it started trading on the New York Stock Exchange this Wednesday. The stock went as high as $11.42 during the first 10 minutes of trading.

Ad • Investing.com

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   MORE           Finance Premium | Try it free

yahoo/finance    Search for news, symbols or companies                    Sign in            Mail

Barrons.com
**14 Cheap Stocks With Strong Growth Prospects**
Microsoft, FedEx, Amgen, and AbbVie—among others—came up in our screen for stocks that are inexpensive relative to their industry and are expected to see earnings growth.

Yahoo Finance
**Palantir co-founder explains why he's proud to stick with the US over China and work with ICE**
Palantir has attracted criticism for how it seeks to use its data-mining technology, but it's not a new issue, says Jon Lonsdale, the company's co-founder.

MarketWatch
**Half of Americans over 55 may retire poor**
How badly is COVID-19 hurting Americans on the cusp of retirement? In an interview, economist Teresa Ghilarducci, a professor at The New School in New York City and one of the nation's leading experts on retirement, told me that half—that's right, half—of Americans aged 55 and up will retire in poverty or…

Case: 1:20-cv-04028 Document #: 26-7 Filed: 10/02/20 Page 7 of 18 PageID #:258



6 issues for free        6 ISSUES FOR FREE   SUBSCRIBE

**ANALYSIS**

Home | Investments | Commodities | Energy | Oil

# Oil prices have collapsed – and some argue that they could even turn negative

With an excess of supply and a drastic cut in demand, the oil price has been hammered this year. John Stepek looks at what that means for oil producers, the economy, and your money.

 by: **John Stepek**    30 MAR 2020



American shale oil producers face an uncertain future © Getty

The oil price has collapsed this year. It's all about coronavirus and price wars.

Oil on both sides of the Atlantic is now trading at levels not seen since 2002.

And yet some argue that oil could go even lower. Eventually, producers might be paying consumers to take it off their hands.

**Oil is being hammered by both supply and demand issues**

Oil is being battered at both ends. On the supply side, Saudi Arabia and Russia initiated an oil price war just as the coronavirus was turning into a global emergency. As a result, the market is being flooded with more oil than ever before.

The motivations of the parties involved are not necessarily clear, but one side effect is to make life very difficult for oil producers in the US. As the FT reports, US energy producers last week made "the biggest cut to the number of drilling rigs operating in five years", according to the latest Baker Hughes figures.

The US is currently the world's top oil producer, ahead of Saudi Arabia. But that might not last if the country is forced to slash production as low oil prices continue.

The other massive problem is on the demand side. Coronavirus means that people have virtually stopped flying. Budget airline EasyJet this morning announced that it has grounded its entire fleet and furloughed (the jargon word for temporary redundancy) most of its crew as a result.

People have stopped driving too. Apparently global petrol demand could halve in certain markets, according to analysts quoted in the FT.

(Also note that – while it has nothing to do with oil demand – electricity demand in the UK fell by about 10% last week, and a whopping 30% year-on-year, as the lockdown keeps most people at home. That saw wholesale prices fall too, which naturally might take a while to feed into your domestic electricity bill).

Overall, says the FT, analysts reckon that as much as a quarter of normal global consumption could be lost.

Another problem is that we are running out of storage space for the spare oil. Analysts suggest that at current storage capacity we have months or perhaps weeks before storage space is full. That leads to the idea that we could even at some point see a negative oil price – where people are literally paying others to take it off their hands. That seems nuts – that would be nuts – but the fact that this is even being floated as a possibility gives you some idea of how much oversupply we're currently looking at.

**What does this all mean for investors?**

What are the implications?

In a more normal world, prices would fall. Demand would rise as a result (when petrol prices fall in the US, for example, people drive more and buy bigger cars), and so prices would rise again as supply and demand balanced out.

That can't happen this time. Demand can't react because it is shut in, and supply isn't reacting because the dominant producers want to put the shale upstarts out of business.

So on the oversupply side, it looks to me that the shale industry will be the big casualty. With the market less keen to invest in risky debt it seems hard to believe that at least some of them won't go to the wall. As Francisco Blanch of Merrill Lynch tells the FT, "capital markets are now shut to the shale sector".

On top of that, investors were already becoming wary of the oil sector given the whole rush for ESG (environmental, social and governance) investing, and fears about stranded assets. The current rout will just make them even queasier. And while oil might be a strategic asset for the US, can the government really go in and bail out the whole sector? It seems unlikely. The

US is open to topping up its strategic reserve but that can only suck up so much excess oil.

So I'd expect shale to give way first. The Russians are being described as the most capable of enduring a long, low oil price, while the Saudis need much higher prices to fund their public spending. But if they both think that they might get rid of the competition from the US, then they may both feel it's worth hanging on.

What about the demand side? In terms of what the problem is and what the solution is, it's very clear. Once lockdown measures end and as coronavirus recedes as a threat, oil demand will return. It may bounce back, or we may be a little more circumspect. Some may not travel as much (maybe we'll realise we don't need to be in the office every day) and some might change their habits on an ecological basis.

But I think these behavioural shifts will be relatively minor factors. The majority of people aren't lucky enough to be able to work from home on a permanent basis. And once this is all done I think people will want to go on holiday again. So I can see demand recovering to something approaching normal in the longer run.

OK. So on the supply side, Russia and Saudi Arabia may or may not keep pumping. The quicker US shale producers give up the ghost, the more likely they are to pull back production. On the demand side, meanwhile, it's all about coronavirus and the containment measures.

So what does all of that imply for investors?

If you're going to buy oil, I'd stick with the oil majors. They should have the firepower to survive this downturn, but don't be surprised to see dividend cuts. The oil price itself could go yet lower, although there does come a point where

even Russia and Saudi Arabia might think twice (like, when oil prices genuinely look as though they might go negative).

In terms of a recovery – as with many other things at the moment, the key variable is the coronavirus. If it goes away quickly, demand will go up and prices should follow (because even if supply remains ample, the market will start to be less oversupplied, if nothing else). If we're sitting on minimal demand for months and months though, oil prices could be stuck here or even below for some time.

We'll have more on this in the next issue of MoneyWeek magazine – get your first six issues free here.

**MONEY MORNING**   **COMMODITIES**   **LATEST NEWS**   **OIL**

**INVESTMENTS**

## Recommended

**COMMODITIES**

### Commodities look cheap

Gold may be on a bull run, but industrial commodities, including copper, zinc and aluminium, remain cheap.

**17 JAN 2020**

**GLOBAL ECONOMY**

### What escalating tension between Iran and the US means for oil prices

The tension between the US and Iran is unlikely to mean all-out war in the Middle East. But markets may be getting a little too complacent about its e…

**6 JAN 2020**

**INVESTMENT STRATEGY**

How the fear of death affects our investment processes

Many of our investment decisions are driven by one simple fact: the knowledge that, one day, we will be dead. Here, in an extract from his new book, J…

**2 JAN 2020**

**STOCKMARKETS**

The good investments of the 2010s – and the bad

John Stepek takes a look back on which investments did well and which did badly in the decade that's about to come to an end.

**26 DEC 2019**

# Most Popular

**UK STOCKMARKETS**

Investors are shunning UK stocks – but they might regret that in a year's time

There are a number of reasons why investors aren't buying UK stocks, says John Stepek. But they may want to rethink that strategy.

**29 SEP 2020**

**ENERGY**

Two commodities that could lie at the heart of the next resources bubble

Commodities tend to move in cycles. And if you can identify early on which ones are about to surge in demand, you can profit handsomely. Dominic Frisb…

**30 SEP 2020**

**US STOCKMARKETS**

## Are we really in a stockmarket bubble?

The rise of "cash shell" companies, sky-high valuations – everything seems to point to a stockmarket bubble. But all may not quite be as it appears, s…

**28 SEP 2020**



Contact us

About us

Advertising in MoneyWeek

Privacy Policy

Subscriptions FAQ

Cookie Policy

FREE Money Morning Email

Latest Issue

Most recent articles

RSS

On this day in history

MoneyWeek Wine Club

Share Tips

Too embarrassed to ask

Financial glossary

Case: 1:20-cv-04028 Document #: 26-7 Filed: 10/02/20 Page 14 of 18 PageID #:265

The MoneyWeek Podcast

Currencies

Gold

Merryn's Blog

Spending It

Kiplinger

The Week

Accessibility

Privacy Preferences

## Get your FREE guide to investing in gold

The gold bull is back! Subscribe to MoneyWeek now and get a free guide to investing in gold, plus your first six magazine issues absolutely FREE

[ **6 ISSUES FREE** ]

Copyright © Dennis Publishing Limited 2020. All rights reserved

MoneyWeek and Money Morning are registered trademarks.

**COVID-19** | TRENDING NEWS | POPULAR | US | WORLD | SCIENCE | POLITICS | GREAT FINDS | MORE



 Mass Layoffs at Airlines: 'It Didn't Have to Be This Way'

 Lotto Winner Forfeits Prize After USPS Loses Ticket

 California Opens the Door to Reparations

 $800M Settlement Reached for Vegas Shooting Victims



MONEY / OIL PRICES

# As Storage Space Runs Out, Oil Prices Could Go Negative

Russia-Saudi Arabia price war contributes to the problem

By **Bob Cronin**, Newser Staff
Posted Apr 1, 2020 9:00 PM CDT



A gas station's pump shows prices Tuesday in Ridgeland, Miss.   (AP Photo/Julio Cortez)

(NEWSER) – Global demand for oil has disappeared during the pandemic, even as the supply side seems to ignore that reality and keep rolling along. There's still a price war going on between Russia and Saudi Arabia, CNN reports. Prices have plunged; a trading house bid negative 19 cents per barrel earlier this month, per Bloomberg, effectively making an offer to dispose of it. "The market is starting to signal that not only is there no demand for this crude, eventually there could be nowhere for it to go," an analyst said. Storage space is running out. "The price is trying to go to a level to force companies to keep the oil in the ground. If it has to go negative to incentivize that behavior, then it will," the analyst said.

President Trump said Tuesday that he discussed the situation with the leaders of Russia and Saudi Arabia, per the *Wall Street Journal*. The chances of demand increasing soon seem to worsen Wednesday, when new surveys showed factories in the US, Asia and Europe have slashed production and jobs faster than at any time since the financial crisis. US oil prices dropped Wednesday after climbing the day before, and Saudi Arabia said it's producing about 2 million barrels a day more than it was a month ago. Citing forecasts showing nearly one-fourth of demand evaporating during the pandemic, resolving the price war alone won't bring a quick solution, an analyst said: "Even if we get some kind of agreement, it will be difficult to balance the market for a while." (Read more oil prices stories.)



87 comments

All stories          Next Story



They Were Put to Death. There Was Something Off With Their Lungs

READ ARTICLE

We use cookies. By Clicking "OK" or any content on this site, you agree to allow cookies to be placed. Read more in our privacy... OK

COVID-19 | TRENDING NEWS | POPULAR | US | WORLD | SCIENCE | POLITICS | GREAT FINDS | MORE



**Do you still support President Trump?**

Yes | No | Not sure

📈 4,250 Votes



**Are you going to support Trump in 2020? (Free Gift For All Who Answer)**

Yes | No | I'm not sure

📈 52,326 Votes



**AOC, Pelosi, Schumer Out In 2020? Tech Guru Makes Unbelievable Prediction**

🔥 22,749



**Top Doctor Reveals Common Sex Habit Could Be KILLING Seniors**

🔥 94,538

Promoted Content

## My Take on This Story

Show results | Report a story error

○ HILARIOUS    ○ INTRIGUING    ○ DEPRESSING

○ BRILLIANT    ○ SCARY    ○ RIDICULOUS

To report an error on this story, notify our editors

## You May Like

Ads by Revcontent


**Sustainably Created Huggie Hoops**
Vrai


**SOFIA DRESS A.P.C.**
A.P.C


**Pocket Sofa Tall**
Industry West


**Birdies - The Ani**
Birdies Slippers US


**M.Gemi The Felize Suede Women's Moccasin Shoes, Size 35 In Black**
M. Gemi


**How To Empty Your Bowels Each Morning (1 Min Routine)**
Nature's Digestion



## Popular on Newser

 Trump on the Debate: '2 on 1 Was ... Fun'    **1**

We use cookies. By Clicking "OK" or any content on this site, you agree to allow cookies to be placed. Read more in our privacy...

OK



They Were Put to Death. There Was Something Off With Their Lungs

READ ARTICLE



COVID-19 | TRENDING NEWS | POPULAR | US | WORLD | SCIENCE | POLITICS | GREAT FINDS | MORE

 Chris Wallace Does Some 'Soul-Searching' — 3

 Weird Al Sums Up Debate as Only He Can — 4

Clinton Has Thoughts on Biden's 'Shut Up' — 5

On This Day: **October 1**
10 Years of Headlines

## Trending Now



**Do you believe in standing for the National Anthem?**
Yes | No
4,068 Votes

**Will you vote for Trump again in 2020? (First 1,000 responses get FREE gift)**
Yes | No | Not sure
38,228 Votes

**Liberal Media Refuses To Show This Video — Watch NOW Before It's Banned**
25,699

**Want Painful Neuropathy Gone? Just Do This (It's Genius)**
3,195

Promoted Content



3,563

We use cookies. By Clicking "OK" or any content on this site, you agree to allow cookies to be placed. Read more in our privacy...     OK



They Were Put to Death. There Was Something Off With Their Lungs
READ ARTICLE

COVID-19  TRENDING NEWS  POPULAR  US  WORLD  SCIENCE  POLITICS  GREAT FINDS  MORE

Get The Morning 8: The eight stories you need to know, bright and early.

Enter your email address

SIGN UP

View all Newsletters and sign up

## Install our app

Newser App

Suggest a Story

Settings

Contact

About  Terms                                    Privacy

© 2020 Newser, LLC. All rights reserved.

Newser In Your Inbox

Get The Morning 8: The eight stories you need to know, bright and early.

Enter your email address                   SIGN UP                    Newser App

View all Newsletters and sign up

About      Terms      Privacy      Sitemap            Suggest a Story     Settings       Contact

© 2020 Newser, LLC. All rights reserved.

We use cookies. By Clicking "OK" or any content on this site, you agree to allow cookies to be placed. Read more in our privacy...

OK



They Were Put to Death. There Was Something Off With Their Lungs

READ ARTICLE