# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JOHN LINDSTROM, *individually and on behalf of others similarly situated*,

    *Plaintiff*,

v.

TD AMERITRADE, INC., and
TD AMERITRADE FUTURES &
FOREX, LLC d/b/a THINKORSWIM,

    *Defendants*.

No. 20 C 4028

Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)
    which ☐ includes      pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) TD AMERITRADE, INC., and TD AMERITRADE FUTURES & FOREX, LLC d/b/a THINKORSWIM,
and against plaintiff(s) JOHN LINDSTROM,

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a Motion to Dismiss.

Date: 12/17/2020                         Thomas G. Bruton, Clerk of Court

                                                    /s/Lynn Kandziora , Deputy Clerk