# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Wei Wang, et al, )
)
       Plaintiff, ) No. 20 C 4028
  v. )
) Judge Virginia M. Kendall
)
TD Ameritrade Futures & Forex LLC, et al, )
)
)
       Defendant. )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐   in favor of Plaintiff (s)
    and against Defendant (s)

which ☐ includes   pre–judgment interest.
        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐   in favor of Defendant(s)

    and against Plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒   other: Plaintiff was ordered, if possible, to file an amended Complaint in Order dated 8/17/2021. Case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date:  9/13/2021                                 Thomas G. Bruton, Clerk of Court

                                                      /s/Lynn Kandziora , Deputy Clerk