## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOHN LINDSTROM, *individually and on behalf of others similarly situated*, | ) ) ) |
| *Plaintiff*, | ) ) ) No. 20 C 4028 |
| v. | ) ) Judge Virginia M. Kendall |
| TD AMERITRADE, INC., and TD AMERITRADE FUTURES & FOREX, LLC d/b/a THINKORSWIM, | ) ) ) ) |
| *Defendants*. | ) |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of Defendant(s) TD AMERITRADE, INC., andTD AMERITRADE FUTURES & FOREX, LLC d/b/a THINKORSWIM,

and against Plaintiff(s) JOHN LINDSTROM
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a Motion to Dismiss.

Date: 7/6/2022            Thomas G. Bruton, Clerk of Court

                          /s/Lynn Kandziora , Deputy Clerk